UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON,
: CIVIL ACTION NO. 3:17-CV-2205
    Plaintiff,
: (JUDGE CONABOY)
    v.
: (Magistrate Judge Saporito)

DISTRICT ATTORNEY'S OFFICE OF
MONROE COUNTY, ADA CHAD MARTINEZ,

    Defendants.

FILED
SCRANTON
DEC 0 4 2017
Per_____ CR
DEPUTY CLERK

---

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON,
: CIVIL ACTION NO. 3:17-CV-2206
    Plaintiff,
: (JUDGE CONABOY)
    v.
: (Magistrate Judge Saporito)

MONROE COUNTY COURT OF COMMON
PLEAS, JUDGE JONATHAN MARLES,

    Defendants.

---

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON,
: CIVIL ACTION NO. 3:17-CV-2207
    Plaintiff,
: (JUDGE CONABOY)
    v.
: (Magistrate Judge Saporito)

MONROE COUNTY COURT OF COMMON
PLEAS, JUDGE M. WORTHINGTON, JUDGE
SIBUM,

    Defendants.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON,

    Plaintiff,

v.

MONROE COUNTY PUBLIC DEFENDERS OFFICE, ATTORNEY JAMES P. GREGOR, ATTORNEY ERIC CLOSS,

    Defendants.

: CIVIL ACTION NO. 3:17-CV-2208
:
: (JUDGE CONABOY)
: (Magistrate Judge Saporito)

## ORDER

Because Federal Rule of Civil Procedure Rule 42(a) allows for consolidation when actions before the court involve a common question of law or fact; and

Because Plaintiff has filed numerous actions seeking to have his November 22, 2017, conviction overturned, each of which states the same core statement of his claim (3:17-CV-2205, Doc. 1 at 4; 3:17-CV-2206, Doc. 1 at 4; 3:17-CV-2207, Doc. 1 at 4; 3:17-CV-2208, Doc. 1 at 4); and

Because Plaintiff asserts that all Defendants violated his due process rights (*id.*),

**NOW, THEREFORE, THIS** \_\_\_\_4th\_\_\_\_ **DAY OF DECEMBER 2017**, in the interest of judicial efficiency and economy, these cases are consolidated into 3:17-CV-2205, and the Clerk of Court is to mark each docket accordingly.

                                              /s/ Richard P. Conaboy
                                              RICHARD P. CONABOY
                                              United States District Judge